UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH EDMONDSON,

    Plaintiff,

v.

CASE NO. 1:16-cv-1095

HON. ROBERT J. JONKER

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on May 15, 2017 (ECF No. 8). The Report and Recommendation was duly served on the parties no later than May 23, 2017 (ECF No. 9). No objections have been filed under 28 U.S.C. 636(b)(1)(C). In fact, Plaintiff has filed a response concurring with the Report and Recommendation's proposed dismissal of this case (ECF No. 9).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 8) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claim against Defendant Commissioner of Social Security is **DISMISSED** without prejudice for want of prosecution and repeated failures to comply with the Court's orders and rules.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

The Court discerns no good-faith basis for appeal of this matter. *See McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997); 28 U.S.C. § 1915(a)(3).

Dated:    July 13, 2017       /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            CHIEF UNITED STATES DISTRICT JUDGE